1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINDY LOSEE, individually and as successor in interest to Breanne Sharpe, deceased,<br>　　　　　Plaintiff,<br>vs.<br>CITY OF CHICO; SCOTT ZUSCHIN; DAMON SELLAND; NICK VEGA; JARED CUMBER; DAVID QUIGLEY; and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 2:14-cv-02199-GEB-CMK<br>*Hon. Garland E. Burrell, Jr.*<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE EXPERT WITNESS DISCLOSURE DEADLINES** |

-1-

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the expert witness disclosure deadlines be continued as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Initial Expert Witness Disclosure | July 11, 2015 | August 5, 2015 |
| Rebuttal Expert Disclosure | August 10, 2015 | September 4, 2015 |

IT IS SO ORDERED.

Dated: July 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-